AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Hogan, Thomas F. | **2. Court or Organization**<br><br>U.S. District Court for the District of Columbia | **3. Date of Report**<br><br>08/15/2016 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>**5b.** ☐　Amended Report | **6. Reporting Period**<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Medical Practice Retirement Payment |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Bar Assoc. | 4/1/2015 | New York, NY | CLE | Lodging, food, and transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NationsBank (Mortgage ws paid off) | lst Trust - Professional Office Building (The Mortage paid off) | L |
| 2. | EverHome Mortgage ( Mortgage paid off) | Mortgage on country property (Thie Mortgage was paid off) | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. --BROKERAGE ACCOUNT #joint stock account | | | | | | | | | |
| 3. Morgan Stanley Deposit Program | A | Interest | J | T | | | | | |
| 4. Am. Capital World Growth Cl A | A | Interest | K | T | | | | | |
| 5. ARES Capital | A | Dividend | J | T | | | | | |
| 6. Cigna | A | Dividend | K | T | | | | | |
| 7. First Eagle Global Fund Cl C | A | Interest | L | T | | | | | |
| 8. Franklin Tax Free Trust High Yield Taxfree Income Fnd | A | Dividend | K | T | | | | | |
| 9. | | | | | | | | | |
| 10. --BROKERAGE ACCOUNT #TFH IRA Account- | | | | | | | | | |
| 11. Morgan Stanley Deposit Prog | A | Int./Div. | J | T | | | | | |
| 12. ATT | A | Dividend | K | T | | | | | |
| 13. Consol Ediston | B | Dividend | K | T | | | | | |
| 14. Enterprise Prod. Partners | A | Dividend | K | T | Buy | 02/19/15 | K | | |
| 15. GE Co. | A | Dividend | K | T | | | | | |
| 16. Genuine Parts Corp. | A | Dividend | | | Sold | 02/17/15 | K | | |
| 17. Halyard Inc. | A | Dividend | J | T | | | | | Misreported -see line 48 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Johnson & Johnson | B | Dividend | K | T | | | | | |
| 19. Kimberly Clark | A | Dividend | K | T | | | | | |
| 20. Kinder Morgan Energy(changed name to Kinder Morgan Inc.) | B | Dividend | | | Sold | 12/09/15 | K | | |
| 21. McDonalds | A | Dividend | J | T | | | | | |
| 22. Microsoft | A | Dividend | J | T | | | | | |
| 23. Pepsico | B | Dividend | L | T | | | | | |
| 24. Scotts Co | A | Dividend | | | Sold | 11/03/15 | K | E | |
| 25. UPS | A | Dividend | K | T | | | | | |
| 26. Universal Health Realty, Inc. | A | Dividend | J | T | | | | | |
| 27. Verizon | B | Dividend | K | T | | | | | |
| 28. Wal-Mart | B | Dividend | L | T | | | | | |
| 29. Yum Brands | A | Dividend | K | T | | | | | |
| 30. FNMA Cpn. due 09/25/20 | A | Interest | J | T | | | | | |
| 31. --Mutual Funds-- | | | | | | | | | |
| 32. Ivy Asset Strategy Cl C | A | Dividend | K | T | | | | | |
| 33. | | | | | | | | | |
| 34. --BROKERAGE ACCOUNT #MWH IRA Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Morgan Stanley Bank Dep Program | A | Interest | K | T | | | | | |
| 36. AT&T | B | Dividend | K | T | | | | | |
| 37. Chevron Texaco | C | Dividend | M | T | | | | | |
| 38. Coca-Cola | B | Dividend | L | T | | | | | |
| 39. ConEd | B | Dividend | L | T | | | | | |
| 40. Conoco Phillips | A | Dividend | K | T | Buy | 02/17/15 | K | | |
| 41. Enterprise Prods Partners | B | Dividend | K | T | | | | | |
| 42. Energy Transfer Partners LP | A | Dividend | L | T | | | | | |
| 43. Exelon | A | Dividend | K | T | | | | | |
| 44. Exxon | B | Dividend | J | T | | | | | |
| 45. Fed. Realty Inv. Tr. | B | Dividend | L | T | | | | | |
| 46. General Electric | A | Dividend | L | T | | | | | |
| 47. Genuine Parts | A | Dividend | | | Sold | 02/17/15 | K | D | |
| 48. Halyard Health | A | Dividend | | | Sold | 11/03/15 | J | A | |
| 49. IBM | A | Dividend | | | Sold | 11/03/15 | K | D | |
| 50. J.P. Morgan Chase | A | Interest | L | T | | | | | |
| 51. Kimberly Clark | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Kinder Morgan Energy(changed to Kinder Morgan, Incc) | B | Dividend | | | Sold | 12/09/15 | J | | |
| 53. Lilly & Co. | B | Dividend | L | T | | | | | |
| 54. McDonalds | A | Dividend | L | T | | | | | |
| 55. Merck & Co. | A | Dividend | K | T | | | | | |
| 56. Microsoft | A | Dividend | L | T | | | | | |
| 57. National Retail Prop. | B | Dividend | M | T | | | | | |
| 58. PepsiCo | B | Dividend | K | T | | | | | |
| 59. Pfizer, Inc. | B | Dividend | L | T | | | | | |
| 60. Proctor & Gamble | B | Dividend | M | T | | | | | |
| 61. Southern Company | A | Dividend | K | T | | | | | |
| 62. Universal Health Realty | B | Dividend | K | T | | | | | |
| 63. UPS | B | Dividend | K | T | | | | | |
| 64. Verizon | C | Dividend | L | T | | | | | |
| 65. Wells Fargo | B | Dividend | L | T | | | | | |
| 66. Alcoa Inc bond | A | Interest | K | T | | | | | |
| 67. AmerenEnergy bond | A | Interest | K | T | | | | | |
| 68. Arrow Electronics | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FNMA Cl 59, 10/25/2022 | A | Interest | J | T | | | | | |
| 70. Bank of America. Cl 2A3Bank of America Mtg Sec Cl 3A9 | A | Interest | J | T | | | | | |
| 71. Bank of America. Cl 2A3 | A | Interest | J | T | | | | | |
| 72. Ford Del Deb 11/15/2025 | A | Interest | J | T | | | | | |
| 73. Ford Debentures 08/01/2026 | A | Interest | K | T | | | | | |
| 74. Ivy Intl Con Equity | A | Dividend | K | T | | | | | |
| 75. Ivy Asset Strat. Cl-C | B | Dividend | M | T | | | | | |
| 76. NationsBank Sub Note | B | Interest | J | T | | | | | |
| 77. Lincoln National bond 03/15/18 | A | Interest | J | T | | | | | |
| 78. Vanguard Target Retirement Inc. | A | Int./Div. | J | T | | | | | |
| 79. Wash RE Inv | A | Interest | K | T | | | | | |
| 80. Whirlpool Mty 05/15/21 | A | Interest | K | T | | | | | |
| 81. Xerox Mty 06/15/21 | A | Interest | K | T | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. --BROKERAGE ACCOUNT #Joint IRA Stock Account | | | | | | | | | |
| 85. AT&T | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. General Electric Co | A | Dividend | K | T | | | | | |
| 87. Howard County Cons. | B | Interest | | | | | | | |
| 88. Johnson & Johnson | A | Dividend | L | T | | | | | |
| 89. Kender Morgan Inc. | A | Dividend | | | Sold | 12/15/15 | K | D | |
| 90. Mayor & City Council Balt. | A | Interest | | | Matured | | | | matured in 2014 |
| 91. McDonalds | A | Dividend | J | T | | | | | |
| 92. NationsBank Corp Sub Note, 9/15/16 | B | Interest | J | T | | | | | |
| 93. Pfizer | A | Dividend | K | T | | | | | |
| 94. Southern Co. | A | Dividend | K | T | | | | | |
| 95. | | | | | | | | | |
| 96. --OIL & GAS WELL SHARES-- | | | | | | | | | |
| 97. Total Fina Elf. | B | Royalty | J | W | | | | | |
| 98. Gas Tank Jt. Ven. | B | Distribution | K | W | | | | | |
| 99. Atlas Gas Well | A | Royalty | J | W | | | | | |
| 100. | | | | | | | | | |
| 101. --REAL ESTATE-- | | | | | | | | | |
| 102. Rehoboth Beach, Sussex Co., DE 1/2 int. | D | Rent | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Adams Co., PA - country property | | None | M | W | | | | | |
| 104.  Country Prop. 1/3 sh. Adams Co., PA | | None | K | W | | | | | |
| 105.  Traford Lane Ptnrship. Fairfax Co., VA. | D | Rent | L | W | | | | | |
| 106.  Ga. hsg. ptnrsh., c/o Winthrop Boston | A | Distribution | | | Sold | 10/01/15 | K | E | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109.  --MISC-- | | | | | | | | | |
| 110.  PNC Money Marker Act. | A | Interest | M | T | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

. . Brokerage Account #2 in 2013 report is now Brokerage Act. #1; Brokerage Act. #3 in 2013 is now Brokerage Act. #2; Brokerage Act. #4 in 2013 is now Broklerage Act. #3; Brokerage Act. #7 in 2013 is now Brokerage Act. #4. Other accounts were merged or closed as per the 2013 note.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas F. Hogan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544